## ATTACHMENT A: STIPULATED FACTS – MICHAEL GASKIN

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **MICHAEL GASKIN "GASKIN")** was a resident of Rockville, Maryland.

On December 8, 2010, **GASKIN** sent an email entitled "Baby 1" to an individual adult female that included a video file named "movie.wmv." The video depicted a penis penetrating the genital area of a prepubescent female with audio of a crying baby. This email contained a total of 1 video file depicting a minor engaged in sexually explicit conduct.

On December 8, 2010, **GASKIN** sent an email entitled "Baby 2" to the same individual adult female as above that included a video file named "movie_0001.wmv." The video depicted a penis penetrating the genital area of a prepubescent female, the appearance of ejaculation and audio of a baby crying. This email contained a total of 1 video file depicting a minor engaged in sexually explicit conduct.

On December 16, 2010, **GASKIN** sent an email entitled "blowjob" to the same individual adult female as above that included a video file named "movie.0001.wmv." The video depicted a prepubescent female performing oral sex on the penis of an adult male and the appearance of ejaculation. The text included in the email stated: "mmm she is so hot miss u." This email contained a total of 1 video file depicting a minor engaged in sexually explicit conduct.

On January 3, 2011, **GASKIN** sent an email entitled "hot one" to the same individual adult female as above that included a video file named "3yo Toddler Girl Rape 5 kleuterkutje pedo.avi." The video depicted an adult penis penetrating the anal area of a prepubescent female with audio of a baby crying. The text included in the email stated: "I love you and miss talking hope our timing gets right soon lol." This email contained a total of 1 video file depicting a minor engaged in sexually explicit conduct.

On June 17, 2011, **GASKIN** sent an email entitled "dead pregnant mom and her 1yo" to the same individual adult female as above. The text included stated: "Mmm soo hot. I miss you baby I wish u were not so busy." One minute later, **GASKIN** sent an email entitled "enjoy" to the same individual that included three (3) images of a deceased female and a deceased minor.

On June 18, 2011, **GASKIN** sent an email entitled "mmmm pregnant 5yr old" to the same individual adult female as above that included an image of a prepubescent female with an exposed and bloated belly. The text of the email stated: "so hot." This email contained a total of 1 image depicting a minor.

1

On June 22, 2011, **GASKIN** sent an email entitled "dead pregnant hot" to the same individual adult female as above that included two (2) images of a deceased, bound pregnant woman. The text of the email included the statement: "it said she was tortured =)."

On December 2, 2011, **GASKIN** sent an email entitled "enjoy" to the same individual adult female as above that included a video file named "anal scream.avi," which showed an adult penis penetrating the genital or anal area of a prepubescent female. The email also included a video file named "pthc 2011 [mb] toddler cookie04 – DeepInTheTemple.avi," which showed an adult penis penetrating the genital or anal area of a prepubescent female. This email contained a total of 2 video files depicting minors engaged in sexually explicit conduct.

On December 2, 2011, **GASKIN** sent an email entitled "<3" to the same individual adult female as above that included thirty two (32) images, twenty nine (29) images of which depicted minors engaged in sexually explicit conduct. One image, for example, depicted an adult penis penetrating the genital area of a toddler.

On September 23, 2012, **GASKIN** sent an email entitled "enjoy <3" to the same individual adult female as above that included a zipped file named "Pix.rar." The file contained 303 images of child pornography. Examples are as follows:

* An image file depicting an adult penis penetrating the anus of a prepubescent male.

* An image file depicting a prepubescent female performing oral sex on an adult penis.

* An image file depicting a prepubescent female being penetrated by a penis while she holds her hands up to her face in pain with a spiked collar around her neck.

On December 2, 2013, a search was conducted at the residence of **GASKIN**. **GASKIN**'s computer was seized and a forensic analysis was conducted. During the analysis, 262 images and two (2) videos depicting minors engaged in sexually explicit conduct were identified. **GASKIN** advised law enforcement that he used his email account to distribute child pornography to the same individual adult female as above, who he met online in a chat room.

The images and videos depict real children engaged in sexually explicit conduct. The images distributed by **GASKIN** were transported through the Internet and therefore traveled in interstate commerce.

\* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

4/17/2014                                     *Michael Gaskin* (signature)
Date                                          Michael Gaskin

2